IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN PENA, et al.,<br><br>    Defendants. | Case No. 22-cv-00158-CRB<br><br>**JUDGMENT** |

Having granted Defendants' motion to dismiss for lack of jurisdiction, see Order Granting MTD (dkt. 22), the Court hereby enters judgment for Defendants Martin Pena and Sara Pena and against Plaintiff Orlando Garcia.

**IT IS SO ORDERED.**

Dated: April 18, 2022

CHARLES R. BREYER
United States District Judge